# ELECTRONIC RECORD

COA #    02-14-00453-CR                    OFFENSE:   19.02

STYLE:   Jeremy Paul Thornburg v. The
         State of Texas                    COUNTY:   Young

COA DISPOSITION:    AFFIRMED               TRIAL COURT:   90th District Court

DATE: 08/06/15              Publish: NO    TC CASE #:    10123

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jeremy Paul Thornburg v. The State
         of Texas                          CCA #:   1167-15

___APPELLANT'S___ Petition                 CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:    _____
___REFUSED___                              JUDGE:   _____
DATE: ___11/04/2015___                     SIGNED: _____        PC: _____
JUDGE: ___Per Curiam___                    PUBLISH: _____       DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**